# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service,<br><br>Defendant. | No. CV-21-00465-TUC-DTF<br><br>**SCHEDULING ORDER (FOIA)** |

Pursuant to Federal Rules of Civil Procedure, Rule 16(b), the Court enters this Scheduling Order. This action was commenced on 11/17/2021.

The Clerk of the Court assigned this case to the **expedited** track pursuant to the Local Rules of Practice for this Court, LRCiv 16.2(b)(1)(A)(i). Under LRCiv 16.2(b)(1)(B), the Court sets the deadlines for the case management of this action, without holding a scheduling conference. Accordingly,

**IT IS ORDERED** that defendant shall serve an answer or otherwise plead within thirty (30) days after service, unless the Court otherwise directs for good cause shown.

**IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is six (6) months from the date the case is filed. Failure to file such a motion shall result in dismissal for lack of prosecution.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant with a copy of this Order.

Dated this 18th day of November, 2021.

Honorable D. Thomas Ferraro
United States Magistrate Judge