Katherine Meyer*
Animal Law & Policy Clinic
Harvard Law School
1585 Massachusetts Ave.
Cambridge, MA 02138
DDC Bar No. 244301
(617) 998-2450 (o)
(202) 257-5145 (c)
kmeyer@law.harvard.edu
*Admitted Pro Hac Vice
*Attorney for Plaintiff Center for Biological Diversity*

Michael A. Ambri
Assistant United States Attorney
405 West Congress Street - Suite 4800
Tucson, Arizona 85701
(520) 620-7449 Direct Line
michael.ambri@usdoj.gov
*Attorney for Defendant U.S. Fish and Wildlife Service*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity, | |
| Plaintiff, | Civ. No. CV-21-465-TUC-RM |
| v. | **PARTIES' JOINT STIPULATION** |
| U.S. Fish and Wildlife Service, | |
| Defendant. | |

Without regard to whether such information is exempt from disclosure under the Freedom of Information Act ("FOIA"):

Plaintiff Center for Biological Diversity hereby stipulates that it will not pursue any information in this case under FOIA that would reveal the names of any individuals who have imported or exported an animal or animal part; and

Defendant U.S. Fish and Wildlife Service hereby stipulates that it will not release any such information to the Plaintiff.

DATED this 1st day of April, 2022.

        Respectfully submitted,

        */s/ Katherine A. Meyer*
        Katherine A. Meyer*
        DDC Bar No. 244301
        Animal Law & Policy Clinic
        Harvard Law School
        1585 Massachusetts Ave.
        Cambridge, MA 02138
        (617) 998-2450 (o)
        (202) 257-5145 (c)
        kmeyer@law.harvard.edu

        *Admitted Pro Hac Vice*

        *Attorney for Plaintiff*
        *Center for Biological Diversity*

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        */s/ Michael A. Ambri*
        Michael A. Ambri
        Assistant United States Attorney
        405 West Congress Street - Suite 4800
        Tucson, Arizona 85701
        (520) 620-7300 Main Line
        (520) 620-7449 Direct Line
        michael.ambri@usdoj.gov

        *Attorneys for Defendant U.S.*
        *Fish and Wildlife Service*